# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 89 EM 2015

Respondent

v.

JASPER WASHINGTON,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.